| STATE OF INDIANA | ) | IN THE HENRY COUNTY SUPERIOR COURT _____ |
|---|---|---|
| | ) SS: | |
| COUNTY OF HENRY | ) | CASE NO.: _____ |

**33C02-1812-CC-000720**

Henry Circuit Court 2

| | |
|---|---|
| TRENT DISHMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEPAN BADASYAN and | ) |
| NULL TRANS INC. | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

Comes now, the Plaintiff, Trent Dishman, by counsel, for his *Complaint for Damages* against the Defendants, Stepan Badasyan and Null Trans Inc., alleges and says the following:

## Parties, Jurisdiction, and Venue

1.      Trent Dishman ("Dishman") is an individual who resides in Henry County, Indiana and maintains an address at 6676 S State Road 103, Straughn, Indiana 47387.

2.      Upon information and belief, Stepan Badasyan ("Badasyan") is a resident of the state of Illinois.  He resides at 5025 Suffield Ct., Unit A, Skokie, IL 60077.

3.      Upon information and belief, Null Trans Inc. ("Null") is an Illinois corporation and maintains a principal address of 6953 W Oakdale Ave., Chicago, IL 60634.  Their registered agent for service of process is Sylwester Bzdula at the same principal address.

4.      Venue is proper in this district because the automobile accident that is the subject matter of this lawsuit occurred in Henry County, Indiana.

## Factual Allegations

5.      Dishman resides in Straughn, Indiana and on his property is located at clay lined retention pond.

6.      Badasyan, who resides in Skokie, IL, was an employee of Null.

7.      Badasyan was driving a 2011 white Volvo semi-truck owned by Null in Henry County, Indiana on December 7, 2016

8.      On December 7, 2016, Badasyan veered off the road into Dishman's property and ultimately into Dishman's retention pond.

9.      Badasyan and Null caused damages to Dishman's property including but not limited to damage to his landscaping and damages to the clay liner of the retention pond.

10.     Dishman has requested payment for the damages to his property but has been compensated by Null Trans Inc.

<u>COUNT I</u>

<u>NEGLIGENCE</u>

Comes now Dishman, by counsel, and for Count I of his Complaint, alleges and states as follows against Null:

11.     Dishman incorporates by reference the allegations contained in rhetorical paragraphs 1 through 10 as though fully set forth herein.

12.     The auto accident described herein was caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc., because Badasyan operated the motor vehicle in a dangerous manner under the circumstances then and there existing.

13.     The property damage described herein was caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc., because Badasyan failed to reduce speed or be vigilant in his operation of the vehicle.

14.     The property damage described herein were caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc., because Badasyan failed to observe due care and precaution and to maintain adequate control of the motor vehicle.

15.     The property damage described herein were caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc, because Badasyan failed to keep a proper lookout upon the road.

16.     The property damage described herein were caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc, because Badasyan failed to exercise reasonable care in the operation of the motor vehicle under the circumstances then and there existing.

17.     The property damage described herein were caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc, because Badasyan, in other respects not now known to the Plaintiff but which may become known prior to or at the time of trial, acted negligently and/or recklessly.

18.     As a direct and proximate result of the negligence and carelessness of the Defendants, Dishman has suffered property damage to his real estate.

19.     As a direct and proximate result of the negligence and carelessness of Badasyan while in the scope of his employment with Null Trans Inc, Dishman was caused to sustain losses to the value of his real estate due to the property damage.

20.     All of the Plaintiff's losses were, are and will be due solely to and by reason of the carelessness and negligence of Badasyan while in the scope of his employment by Null Trans Inc, without any negligence or want of due care on Dishman's part contributing thereto.

21.     Because Badasyan was acting within the scope of his employment and the semi-truck was owned by Null, Null is also jointly and severally liable for the damages to Dishman's property.

WHEREFORE, the Plaintiff, Trent Dishman, prays for judgment against the Defendants for damages for property loss, punitive damages, attorneys' fees and costs, pre-judgment and post-judgment interest, and for such other and further relief as this court deems just and appropriate.

Respectfully submitted,

MERCHO CAUGHEY

By: _Tarek E. Mercho_____
    Tarek E. Mercho (Atty. No. 26487-49)
    *Attorney for the Plaintiff*

MERCHO CAUGHEY
828 E. 64th Street
Indianapolis, IN 46220
|P| 317-722-0607
|F| 317-797-9648
tk@merchocaughey.com

Filed: 12/7/2018 2:26 PM
Clerk
Henry County, Indiana

STATE OF INDIANA        )      IN THE HENRY COUNTY CIRCUIT COURT
                          ) SS:
COUNTY OF HENRY        )      CASE NO.:  33C02-1812-CC-000720

TRENT DISHMAN                 )
                                 )
          Plaintiff,           )
                                 )
     v.                        )
                                 )
STEPAN BADASYAN and        )
NULL TRANS INC.               )
                               )
         Defendants.       )

## **APPEARANCE**

Party Classification:      Initiating __X____ Responding _____ Intervening _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **TRENT DISHMAN**

2.    Attorney information (as applicable for service of process):

      Name:      Tarek E. Mercho      Attorney No.: 26487-49
      Address:   MERCHO CAUGHEY    Phone:    (317) 722-0607
              828 East 64th Street     Fax No:    (877) 797-9648
              Indianapolis, IN 46220    Email:   tk@merchocaughey.com

3.    There are other party members:  Yes    No  X    (If yes, list on continuation page)

4.    I will accept service by FAX at the above noted number:  Yes    No  X

5.    Additional information required by local rule:  None

                                     *Tarek E. Mercho*
                                     Tarek E. Mercho (Atty. No.: 26487-49)

STATE OF INDIANA )        IN THE HENRY COUNTY CIRCUIT COURT
                          ) SS:
COUNTY OF HENRY )        CASE NO.:  33C02-1812-CC-000720


TRENT DISHMAN                        )
                                     )
            Plaintiff,               )
                                     )
    v.                               )
                                     )
STEPAN BADASYAN and                  )
NULL TRANS INC.                      )
                                     )
            Defendants.              )


## SUMMONS

TO:    Stepan Badasyan
       5025 Suffield Ct., Unit A
       Skokie, IL 60077

You are hereby notified that you have been sued by the person names as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint, which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: __12/7/2018_____

_____Debra G Walker_____
Clerk, Henry County Superior Court

The following manner of service of Summons is hereby designated:

    _X_   Registered or Certified Mail
    _____ Service on individual at above address: County
    ____  Service on Agent: (specify)
    _____ Service by Publication

Tarek E. Mercho
MERCHO CAUGHEY
828 East 64th Street
Indianapolis, IN 46220
Telephone: (317) 722-0607
Facsimile: (877) 797-9648
tk@merchocaughey.com

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ____ day of _____ , I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated: _____                    _____
                                            Clerk, Henry County Superior Court

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted on the ____ day of _____ , _____ .

I hereby certify that the attached return receipt was received by me on the ____ day of _____ showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ age _____ on behalf of said Defendant on the _____ day of _____ .

Dated: _____                    _____
                                            Clerk, Henry County Superior Court

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____

Dated: _____                    _____
                                            Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that _____ have served the within Summons:

(1)     By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ , _____ .

(2)     By leaving a copy of the Summons and a copy of the Complaint:

     a)     at the dwelling place or usual place of abode of the Defendant.

     b)     with a person of suitable age and discretion residing therein, namely and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

Dated: _____

_____
Sheriff of Henry County, Indiana

STATE OF INDIANA )      IN THE HENRY COUNTY CIRCUIT COURT
                 ) SS:
COUNTY OF HENRY  )      CASE NO.: 33C02-1812-CC-000720


TRENT DISHMAN                        )
                                     )
         Plaintiff,                  )
                                     )
    v.                               )
                                     )
STEPAN BADASYAN and                  )
NULL TRANS INC.                      )
                                     )
         Defendants.                 )


**SUMMONS**

TO:   Null Trans, Inc.
      6953 W Oakdale Ave.
      Chicago, IL 60634

         You are hereby notified that you have been sued by the person names as Plaintiff and in the Court indicated above.

         The nature of the suit against you is stated in the Complaint, which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

         An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

         If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 12/7/2018
       _____         _____
                                    Clerk, Henry County Superior Court

The following manner of service of Summons is hereby designated:

    _X_   Registered or Certified Mail
    _____ Service on individual at above address: County
    _____ Service on Agent: (specify)
    _____ Service by Publication

Tarek E. Mercho
MERCHO CAUGHEY
828 East 64th Street
Indianapolis, IN 46220
Telephone: (317) 722-0607
Facsimile: (877) 797-9648
tk@merchocaughey.com

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____ , I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated: _____                     _____
                                                Clerk, Henry County Superior Court

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____ , _____ .

I hereby certify that the attached return receipt was received by me on the _____ day of _____ showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ age _____ on behalf of said Defendant on the _____ day of _____ .

Dated: _____                     _____
                                                Clerk, Henry County Superior Court

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____

Dated: _____                     _____
                                                Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that _____ have served the within Summons:

(1)     By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ , _____ .

(2)     By leaving a copy of the Summons and a copy of the Complaint:

     a)     at the dwelling place or usual place of abode of the Defendant.

     b)     with a person of suitable age and discretion residing therein, namely and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

Dated: _____                          _____
                                                  Sheriff of Henry County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENRY COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF HENRY | ) | CASE NO.: 33C02-1812-CC-000720 |

| | |
|---|---|
| TRENT DISHMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEPAN BADASYAN and | ) |
| NULL TRANS INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF EFFECTIVE SERVICE

Trent Dishman, by the undersigned counsel, hereby notifies the Court that a true, correct and authentic copy of the December 5th, 2018 Complaint and Summons were successfully served upon Defendants, Null Trans, Inc. and Stepan Badasyan via USPS Certified Mail.   A true, correct and authentic copy of the signature card is attached hereto as **Exhibit A** and **Exhibit B**.


Respectfully submitted,

MERCHO CAUGHEY


By: /s/ Tarek E. Mercho
    Tarek E. Mercho (Atty. No. 26487-49)
    Attorney for *Trent Dishman*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been deposited in the U.S. mail, first class postage prepaid, on the 5th day of January, 2019 addressed to:

Null Trans, Inc.
6953 W. Oakdale Ave
Chicago, IL 60634

Stepan Badasyan
5025 Suffield Ct., Unit A
Skokie, IL 60077

By: /s/ Tarek E. Mercho
    Tarek E. Mercho (Atty. No. 26487-49)
    Attorney for *Trent Dishman*

MERCHO CAUGHEY
828 East 64th Street
Indianapolis, IN 46220
Telephone: (317) 722-0607
Facsimile: (877) 797-9648

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. A

    Null Trans, Inc.
    6953 W Oakdale Ave.
    Chicago, IL 60634

9590 9402 3797 8032 2972 98

2. Article Number *(Transfer from service label)*

    7018 0360 0002 0349 0223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

**EXHIBIT**

**A**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article

Stepan Badasyan
5025 Suffield Ct., Unit A
Skokie, IL 60077

9590 9402 3797 8032 2972 81

2. Article Number *(Transfer from service label)*

7018 0360 0002 0349 0230

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Mull_   ☐ Agent   ☑ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

Nou re Bad   02 22

FEB 22 2019 USPS

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

**EXHIBIT**

B

tabbies®

89006.17

STATE OF INDIANA                          IN THE HENRY COUNTY CIRCUIT COURT
                                          NO. 2

COUNTY OF HENRY                           CAUSE NO.: 33C02-1812-CC-00720

TRENT DISHMAN,

        Plaintiff(s),

v.

STEPAN BADASYAN and
NULL TRANS INC.,

        Defendant(s).

## APPEARANCE BY ATTORNEYS UNDER TRIAL RULE 3.1

1.      The party on whose behalf this form is being filed is:  Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for
the following parties:

**STEPAN BADASYAN and NULL TRANS INC.**

2.      Attorney information for service as required by Trial Rule 5(B)(2):

        Dominique N. Nelson            Atty. No. 31532-53
        KOPKA PINKUS DOLIN PC          Telephone: 317-818-1360
        550 Congressional Blvd., Suite 310   Facsimile:  317-818-1390
        Carmel, IN 46032              Email:  dnnelson@kopkalaw.com

        Leslie B. Pollie              Atty. No. 25716-49A
        KOPKA PINKUS DOLIN PC          Telephone: 317-818-1360
        550 Congressional Blvd., Suite 310   Facsimile:  317-818-1390
        Carmel, IN 46032              Email:  lbpollie@kopkalaw.com

3.      This is a civil tort case type as defined in administrative Rule 8(B)(3)

4.      I will accept service by:
        Fax at the above noted number:  NO
        Email at the above noted address:  YES

5.      This case involves child support issues:  NO

6.      This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  NO

7.      This case involves a petition for involuntary commitment:  NO

8.      Are there related cases:  NO

9.      Additional information required by local rule:  NONE

10.     Are there other party members:  NO

11.     This form has been served on all other parties and Certificate of Service is attached:  YES

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By: */s/ Dominique N. Nelson*
        Dominique N. Nelson (#31532-53)
        Attorney for Stepan Badasyan and
        Null Trans Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2019, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Tarek E. Mercho
tk@merchocaughey.com


                                    */s/ Dominique N. Nelson*


KOPKA PINKUS DOLIN PC
550 Congressional Blvd., Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email:  dnnelson@kopkalaw.com

89006/82

STATE OF INDIANA                          IN THE HENRY COUNTY CIRCUIT COURT
                                          NO. 2

COUNTY OF HENRY                           CAUSE NO.: 33C02-1812-CC-00720

TRENT DISHMAN,

      Plaintiff(s),

v.

STEPAN BADASYAN and
NULL TRANS INC.,

      Defendant(s).

## DEFENDANTS STEPAN BADASYAN AND NULL TRANS INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

Come now Defendants, Stepan Badasyan and Null Trans Inc., by counsel, Leslie B. Pollie and Dominique N. Nelson of Kopka Pinkus Dolin PC, and for its answer to Plaintiff's Complaint for Damages, state:

1.      Trent Dishman ("Dishman") is an individual who resides in Henry County, Indiana and maintains an address at 6676 S State Road, 103, Straughn, Indiana 47387.

**RESPONSE:  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Complaint and therefore denies the same.**

2.      Upon information and belief, Stepan Badasyan ("Badasyan") is a resident of the state of Illinois.  He resides at 5025 Suffield Ct., Unit A, Skokie, IL 60077.

**RESPONSE: Defendants admit the allegations in paragraph 2 of Plaintiff's Complaint.**

1

3.      Upon information and belief, Null Trans Inc. ("Null") is an Illinois corporation and maintains a principal address of 6953 W Oakdale Ave., Chicago, IL 60634.  Their registered agent for service of process is Sylwester Bzdula at the same principal address.

**RESPONSE:   Defendants admit the allegations in paragraph 3 of Plaintiff's Complaint.**

4.      Venue is proper in this district because the automobile accident that is the subject matter of this lawsuit occurred in Henry County, Indiana.

**RESPONSE:   Defendants deny the allegations in paragraph 4 of Plaintiff's Complaint.**

5.      Dishman resides in Straugh, Indiana and on his property is located at [sic] clay lined retention pond.

**RESPONSE:  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Complaint and therefore deny the same.**

6.      Badasyan, who resides in Skokie, IL, was an employee of Null.

**RESPONSE:   Defendants admit the allegations in paragraph 6 of Plaintiff's Complaint.**

7.      Badasyan was driving a 2011 white Volvo semi-truck owned by Null in Henry County, Indiana on December 7, 2016.

**RESPONSE:   Defendants admit the allegations in paragraph 7 of Plaintiff's Complaint.**

8.      On December 7, 2016, Badasyan veered off the road into Dishman's property and ultimately into Dishman's retention pond.

**RESPONSE:   Defendants deny the allegations in paragraph 8 of Plaintiff's Complaint.**

9.      Badasyan and Null caused damage to Dishman's property including but not limited to damage to his landscaping and damages to the clay liner of the retention pond.

**RESPONSE:   Defendants deny the allegations in paragraph 9 of Plaintiff's Complaint.**

10.     Dishman has requested payment for the damages to his property but has been compensated by Null Trans Inc.

**RESPONSE:   Defendants deny the allegations in paragraph 10 of Plaintiff's Complaint.**

## COUNT I

## NEGLIGENCE

11.     Dishman incorporates by reference the allegations contained in rhetorical paragraphs 1 through 10 as though fully set forth herein.

**RESPONSE: Defendants incorporate, by reference, their responses to Dishman's allegations contained in paragraphs 1 through 10.**

12.     The auto accident described herein was caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc., because Badasyan operated the motor vehicle in a dangerous manner under the circumstances then and there existing.

**RESPONSE: Defendants deny the allegations in paragraph 12 of Plaintiff's Complaint.**

13.     The property damage described herein was caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc., because Badasyan failed to reduce speed or be vigilant in his operation of the vehicle.

**RESPONSE: Defendants deny the allegations in paragraph 13 of Plaintiff's Complaint.**

14.     The property damage described herein was caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc., because Badasyan failed to observe due care and precaution and to maintain adequate control of the motor vehicle.

**RESPONSE: Defendants deny the allegations in paragraph 14 of Plaintiff's Complaint.**

15.     The property damage described herein was caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc., because Badasyan failed to keep a proper lookout upon the road.

**RESPONSE: Defendants deny the allegations in paragraph 15 of Plaintiff's Complaint.**

16.     The property damage described herein was caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc., because Badasyan failed to exercise reasonable care in the operation of the motor vehicle under the circumstances then and there existing.

**RESPONSE: Defendants deny the allegations in paragraph 16 of Plaintiff's Complaint.**

17.     The property damage described herein was caused by the recklessness, carelessness and negligence of Badasyan and Null Trans Inc., because Badasyan, in other respects and not now known to the Plaintiff but which may become known prior to or at the time of trial, acted negligently and/or recklessly.

**RESPONSE: Defendants deny the allegations in paragraph 17 of Plaintiff's Complaint.**

18.     As a direct and proximate result of the negligence and carelessness of the Defendants, Dishman has suffered property damage to his real estate.

**RESPONSE: Defendants deny the allegations in paragraph 18 of Plaintiff's Complaint.**

19.     As a direct and proximate result of the negligence and carelessness of Badasyan while in the scope of his employment with Null Trans Inc., Dishman was caused to sustain losses to the value of his real estate due to the property damage.

**RESPONSE: Defendants deny the allegations in paragraph 19 of Plaintiff's Complaint.**

20.     All of the Plaintiff's losses were, are and will be due solely to and by reason of the carelessness and negligence of Badasyan while in the scope of his employment by Null Trans Inc., without any negligence or want of due care on Dishman's part contributing thereto.

**RESPONSE: Defendants deny the allegations in paragraph 20 of Plaintiff's Complaint.**

21.     Because Badasyan was acting within the scope of his employment and the semi-truck was owned by Null, Null is also jointly and severally liable for the damages to Dishman's property.

**RESPONSE: Defendants deny the allegations in paragraph 21 of Plaintiff's Complaint.**

WHEREFORE, these Defendants, Stepan Badasyan and Null Trans Inc., pray for judgment in its favor and against Plaintiff, for its costs incurred in defending this action, and for all other appropriate relief.

<u>**AFFIRMATIVE DEFENSES**</u>

Come now Defendants, Stepan Badasyan and Null Trans Inc., by counsel, Kopka Pinkus Dolin PC, and for their Affirmative Defenses to the Plaintiff's Complaint, alleges and states as follows:

1.     The Plaintiff's damages were not proximately caused by the accident at issue.

6

2.      The Plaintiff failed to mitigate his damages.

3.      That any and all damages sustained by Plaintiff were the proximate result of a sudden emergency, not of the Defendants' making, for which the Defendants are not liable.

4.      Defendants herein are entitled to the benefit of the payment by all collateral sources of any sums of money to the Plaintiff arising out of the incident described in Plaintiff's Complaint.

5.      These Defendants reserve the right to assert other affirmative defenses as the same may become known through discovery herein.

6.      As to any legal or rhetorical paragraphs asserted against these Defendants, directly or by inference, not hereto specifically admitted or denied, the same is hereby denied.

WHEREFORE, these Defendants, Stepan Badasyan and Null Trans Inc., pray for judgment in its favor and against Plaintiff, for its costs incurred in defending this action, and for all other appropriate relief.

**JURY DEMAND**

These Defendants, Stepan Badasyan and Null Trans Inc., hereby demand trial by jury pursuant to Indiana Trial Rule 38.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By: */s/ Dominique N. Nelson*
    Leslie B. Pollie (#25716-49)
    Dominique N. Nelson (#31532-53)
    Attorney for Stepan Badasyan and
    Null Trans Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of March, 2019, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Tarek E. Mercho
tk@merchocaughey.com


*/s/ Dominique N. Nelson* _____


KOPKA PINKUS DOLIN PC
550 Congressional Blvd., Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email:  dnnelson@kopkalaw.com