UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRENT DISHMAN,<br><br>        Plaintiff,<br><br>v.<br><br>STEPAN BADASYAN and<br>NULL TRANS INC.,<br><br>        Defendants. | CAUSE NO. 1:19-cv-01046-MPB-JRS |

## ORDER OF DISMISSAL

The parties, by counsel, having filed their Stipulation for Dismissal with prejudice of the above-captioned cause, and the Court being fully advised, determines that this cause should be and hereby is ordered dismissed with prejudice. Costs paid.

**SO ORDERED** on this 3rd day of March, 2022.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email generated by the court's ECF system